Unsealed 4/23/10 MH

FILED

2010 APR 20 AM 11: 20

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

KAREN P. HEWITT
United States Attorney
REBECCA S. KANTER
Assistant U.S. Attorney
California State Bar No. 230257
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Tel: (619) 557-6747
E-mail: rebecca.kanter@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE FRENCH GOURMET, INC. (1), <br> MICHEL MALÉCOT (2), <br> RICHARD KAUFFMAN (3), <br><br> Defendants. | Case No. 10-cr1417-W <br><br> NOTICE OF LIS PENDENS <br> FOR PROPERTY LOCATED AT <br> 954-958 TURQUOISE STREET, <br> SAN DIEGO CA 92122 |

**OWNER OF RECORD:** MICHEL F. MALÉCOT, a married man, as his sole and separate property

PLEASE TAKE NOTICE that a criminal indictment has been returned in the United States District Court for the Southern District of California against the above-names defendants, THE FRENCH GOURMET, INC. (1), MICHEL MALÉCOT (2), and RICHARD KAUFFMAN (3), which indictment also seeks the forfeiture of the defendants' title to, and interest in that real property located at 954-958 Turquoise Street, San Diego CA 92122, and all appurtenances affixed thereto. The real property is more particularly described as :

**ASSESSORS PARCEL NO. 415-172-17-00**

Lots 87 and 88 in Block 6 of First Addition of Pacific Beach Vista Tract, in the City of San Diego, County of San Diego, State of California, according to Map thereof No. 930, filed in the Office of the /County Recorder of San Diego County, November 7, 1904.

| | |
|---|---|
| 1 | Upon conviction, the defendants will be ordered to forfeit to the United States the real |
| 2 | property located at 954-958 Turquoise Street, San Diego CA 92122, APN 415-172-17-00, in that |
| 3 | said property was proceeds of and was used to facilitate the commission of violations of |
| 4 | Title 8, United States Code, Section 1324, thereby subjecting it to forfeiture to the United States |
| 5 | pursuant to Title 8, United States Code, Section 1324(b) and Title 18, United States Code, Section |
| 6 | 982 (a)(6). |
| 7 | The owner of record of the above-described property is Michel F. Malécot. |
| 8 | BE ADVISED THAT upon the entry of an Order of Criminal Forfeiture in favor of the |
| 9 | United States, all right, title and interest of THE FRENCH GOURMET, INC. (1), MICHEL |
| 10 | MALÉCOT (2), and RICHARD KAUFFMAN (3) in said property shall vest in the United States |
| 11 | back to the date of the commission of the acts giving rise to the forfeiture. |
| 12 | DATED: April 20, 2010 |

KAREN P. HEWITT
United States Attorney

*/s/ Rebecca Kanter*

REBECCA S. KANTER
Assistant U.S. Attorney

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10-cr1417-W |
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE BY CERTIFIED MAIL |
| v. | ) ) | |
| THE FRENCH GOURMET, INC. (1), MICHEL MALÉCOT (2), RICHARD KAUFFMAN (3), | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY CERTIFIED that:

I, Mary I. Apgar, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action;

On this date I caused to be deposited in the United States certified mail, in an envelope bearing the requisite postage, a copy of NOTICE OF LIS PENDENS, addressed to Michel F. Malékot, 960 Turquoise Street, San Diego CA 92122 the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 20, 2010.

*[signature]*
MARY I. APGAR