EUGENE G. IREDALE, ESQ. (SBN: 75292)
LAW OFFICES OF EUGENE G. IREDALE
105 West "F" Street, 4th Floor
San Diego, California  92101-6036
TEL: (619) 233-1525  FAX: (619) 233-3221

JEREMY D. WARREN, (SBN: 177900)
LAW OFFICES OF JEREMY D.WARREN
105 W "F" Street, 4TH Floor
San Diego, California 92101
TEL: (619) 234-4433  FAX: (619) 231-3221

Attorneys for defendants
The French Gourmet, Inc., Michel Malecot, and Richard Kauffman

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(Hon. Thomas Whelan)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff<br><br>v.<br><br>THE FRENCH GOURMET, INC., MICHEL  MALECOT, and RICHARD KAUFFMAN,<br><br>          Defendants | Case no. 10-cr-1417-W<br><br>POINTS AND AUTHORITIES IN SUPPORT OF THE  MOTION TO DISMISS COUNT TEN OF THE INDICTMENT |

Count 10 of the indictment is barred by the applicable statute of limitations, 18 U.S.C. § 3282. That statute provides in relevant part:

a) In General.  Except as otherwise expressly provided by law, no person shall be prosecuted, tried or punished for any offense not capital unless the indictment is found or the information instituted is within five years next after such offense shall have been committed.

The indictment in this case was returned on April 15, 2010.  Count 10 of the indictment alleges in relevant part as follows:

"72. On of about September 7, 2004, within the Southern District of California,