UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10cr1417-W |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF CRIMINAL |
| v. | ) | FORFEITURE |
| | ) | |
| THE FRENCH GOURMET, INC. (1), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came before the Court for determination of the amount of the criminal forfeiture judgment to be entered against the Defendant based upon the Superseding Information to which the Defendant entered a guilty plea and in which the United States sought forfeiture of all right, title and interest in any property real or personal of the Defendant, THE FRENCH GOURMET, INC. ("Defendant"), pursuant to Title 18, United States Code, Sections 982(a)(6) and 982(b), as property obtained directly or indirectly as the result of the commission of the violations charged in the Superseding Information. The Defendant was represented by Eugene Iredale. Rebecca Kanter, Assistant U.S. Attorney, represented the United States.

Based upon the submissions and arguments of the parties, the Court made findings of fact and conclusions of law which were read into the record of the proceedings on December 22, 2011, and are incorporated herein.

The Court determined that **$277,375.00** (U.S. dollars) represents the proceeds the Defendant obtained directly or indirectly from the violation of the immigration laws of the

United States in violation of Title 8, United States Code, Section 1324(a)(3)(A), as charged in the Superseding Information; and

By virtue of the Defendant's guilty plea, sentencing, and the Court's findings, the United States is now entitled to an Order of Forfeiture and a judgment in its favor against the Defendant in the amount of **$277,375.00**, pursuant to 18 U.S.C. §§ 982 (a)(6) and 982(b); 8 U.S.C. 1324 (a)(3)(A); 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

Pursuant to Federal Rule of Criminal Procedure 32.2(c)(1) "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;" and

The United States has established the requisite nexus between the **$277,375.00** judgment and the offense of conviction.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant THE FRENCH GOURMET, INC., shall forfeit to the United States the sum of **$277,375.00**, pursuant to Title 8, United States Code, Section 1324(a)(3)(A), Title 18, United States Code, Section 982, and Title 21, United States Code, Section 853(p); and

2. Judgment shall be entered in favor of the United State against Defendant THE FRENCH GOURMET, INC., in the amount of **$277,375.00**, for which Defendant THE FRENCH GOURMET, INC., shall be jointly and severally liable with co-defendant Michael Malecot, with interest to accrue thereon in accordance with 18 U.S.C. §3612(f) and 28 U.S.C. §1961 from the date of this Order; and

3. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the judgment; and

4. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture is final as to the Defendant and is part of the sentence and included in the judgment; and

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed **$277,375.00** to satisfy the money judgment in whole or in part; and

//

//

6. The United States may take any and all actions available to it to collect and enforce the judgment.

DATED:  December 27, 2011

_____
Hon. Thomas J. Whelan
United States District Judge